**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named, identified, and set forth in Exhibit A hereby file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form.  Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in the attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| Defendant 25 | |
|---|---|
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☐ Diversity

☐ Federal Question

☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

● Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

● Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

● Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer

Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

Other Causes of Action:
Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
Count XIII – _____
Count XIV – _____
Count XV – _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others

_____

_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 5, 2025

Respectfully submitted,

**Douglas & London PC**

By: s/ Michael A London
Michael A. London, Esq.
Gary J. Douglas, Esq.
Rebecca G. Newman, Esq.
Tate J. Kunkle, Esq.
One State Street, 35th Fl.
New York, NY 10004
(212) 566-7500
mlondon@douglasandlondon.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Agamy, Hadeer | 12/01/1966 | OH | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 2. | Hazem Elzarka o/b/o Hadeer Agamy | 01/1965 | OH | United States District Court for the Southern District of Ohio | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 3. | Anzaldua, Fernando | 03/24/1944 | TX | United States District Court for the Western District of Texas | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 4. | Dee Anzaldua o/b/o Fernando Anzaldua | 02/1969 | TX | United States District Court for the Western | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Texas | | | | | |
| 5. | Ashbaugh, Kathy | 06/06/1953 | KS | United States District Court for the District of Kansas | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 6. | Catina Ashbaugh o/b/o Kathy Ashbaugh | 05/15/1973 | KS | United States District Court for the District of Kansas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 7. | Atteberry, Larry | 11/03/1940 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 8. | Patricia Atteberry o/b/o Larry Atteberry | 09/05/1949 | FL | United States District Court for the Middle District of Florida | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 9. | Ayres, Jacob | 04/26/1979 | MI | United States District Court for the Eastern | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Michigan | | | | | |
| 10. | Sarah Ayres o/b/o Jacob Ayres | 07/22/1980 | MI | United States District Court for the Eastern District of Michigan | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 11. | Bacon, Brenda | 07/20/1963 | CO | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 12. | Russell Witzke o/b/o Brenda Bacon | 11/1970 | CO | United States District Court for the District of Colorado | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 13. | Bailor, Richard | 10/20/1951 | NY | United States District Court for the Northern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 14. | Travis Bailor o/b/o Richard Bailor | 07/31/1992 | NY | United States District Court for the Northern | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of New York | | | | | |
| 15. | Bannett, Lon | 11/18/1946 | NJ | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 16. | Maryann Gomez o/b/o Lon Bannett | 06/17/1950 | NJ | United States District Court for the District of New Jersey | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 17. | Barrera, Jose | 03/19/1967 | TX | United States District Court for the Southern District of Texas | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 18. | Tiberiu Koszorus o/b/o Jose Barrera | 11/26/1977 | TX | United States District Court for the Southern District of Texas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 19. | Baum, Bryan | 07/22/1958 | CO | United States District Court for the | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Colorado | | | | | |
| 20. | Stephanie Seale o/b/o Bryan Baum | 12/27/1971 | CO | United States District Court for the District of Colorado | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 21. | Bigot, Robert | 10/06/1961 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Maryann Andriano o/b/o Robert Bigot | 9/24/1969 | FL | United States District Court for the Middle District of Florida | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Bisch, William | 03/09/1961 | TX | United States District Court for the Eastern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 24. | Kathleen Bisch o/b/o William Bisch | 10/11/1962 | TX | United States District Court for the | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Eastern District of Texas | | | | | |
| 25. | Brooks, Joseph R. | 02/26/1990 | CA | United States District Court for the Central District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Butts, Michael | 10/08/1951 | NC | United States District Court for the Middle District of North Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 27. | Patricia Butts o/b/o Michael Butts | 01/1956 | NC | United States District Court for the Middle District of North Carolina | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 28. | Campbell, Steve | 05/15/1963 | ME | United States District Court for the District of Maine | No | Yes | No | Kidney Cancer and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Lora Campbell o/b/o Steve Campbell | 07/15/1995 | ME | United States District Court for the District of Maine | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 30. | Carmona, Kevin | 02/26/1996 | CA | United States District Court for the Central District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 31. | Andrea Carmona o/b/o Kevin Carmona | 11/30/1969 | CA | United States District Court for the Central District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 32. | Carpenter, Jeremy | 06/08/1991 | UT | United States District Court for the District of Utah | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Cheng, Paul | 01/29/1949 | NY | United States District Court for the Eastern District of New York | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Allison Cheng o/b/o Paul Cheng | 10/1976 | NY | United States District Court for the Eastern District of New York | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 35. | Cobb, David | 11/12/1947 | KY | United States District Court for the Western District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 36. | Carl Cobb o/b/o David Cobb | 11/18/1954 | KY | United States District Court for the Western District of Kentucky | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 37. | Creggs, Randy | 02/13/1955 | TX | United States District Court for the Northern District of Texas | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 38. | Sheila Creggs o/b/o Randy Creggs | 07/25/1964 | TX | United States District Court for the Northern | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Texas | | | | | |
| 39. | Davis, Violet | 09/14/1959 | TX | United States District Court for the Southern District of Texas | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Delaune, Michael | 08/16/1965 | LA | United States District Court for the Eastern District of Louisiana | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Drake, Jack | 09/20/1977 | KY | United States District Court for the Western District of Kentucky | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Edwards, Jerrod | 05/19/1976 | TX | United States District Court for the Northern District of Texas | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 43. | Tracy Edwards o/b/o Jerrod Edwards | 01/30/1976 | TX | United States District Court for the Northern District of Texas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 44. | Ewert, Brian | 06/29/1972 | OH | United States District Court for the Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 45. | Blake Ewert o/b/o Brian Ewert | 01/05/2005 | OH | United States District Court for the Northern District of Ohio | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 46. | Foreman, Jesse | 07/31/1960 | SC | United States District Court for the District of South Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 47. | Pamela Foreman o/b/o Jesse Foreman | 05/22/1963 | SC | United States District Court for the District of | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | South Carolina | | | | | |
| 48. | Free, Karen | 11/23/1957 | TX | United States District Court for the Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 49. | Jeffrey Reed o/b/o Karen Free | 12/1988 | TX | United States District Court for the Southern District of Texas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 50. | Friedman, Edward | 03/08/1945 | FL | United States District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 51. | Rhonda Friedman o/b/o Edward Friedman | 06/1947 | FL | United States District Court for the Southern District of Florida | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | Godot, Orion | 12/17/1968 | AZ | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 53. | Erin Davis o/b/o Orion Godot | 04/16/1970 | AZ | United States District Court for the District of Arizona | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 54. | Goldman, Melissa | 08/10/1979 | NY | United States District Court for the Eastern District of New York and United States District Court for the Southern District of New York | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Gonzalez, Herman R. | 01/02/1957 | FL | United States District Court for the Southern | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Florida | | | | | |
| 56. | Karen Gonzalez o/b/o Herman R. Gonzalez | 09/1967 | FL | United States District Court for the Southern District of Florida | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 57. | Hadden, Brent | 12/02/1971 | GA | United States District Court for the Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 58. | Brooke Johnson-Hadden o/b/o Brent Hadden | 05/23/1972 | GA | United States District Court for the Northern District of Georgia | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 59. | Harris, Linwood | 09/27/1944 | SC | United States District Court for the District of South Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Linda Harris o/b/o Linwood Harris | 04/25/1949 | SC | United States District Court for the District of South Carolina | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 61. | Henry, Terry | 12/20/1956 | AZ | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62.. | Hernandez, Mary | 11/22/1958 | TX | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 63. | Angel Acosta o/b/o Mary Hernandez | 02/10/1977 | TX | United States District Court for the Northern District of Texas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 64. | Hymowitz, Russel | 08/12/1971 | NJ | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Ingram, Jenny | 11/01/1952 | TX | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Jacobs, Ben Franklin | 06/04/1945 | WV | United States District Court for the Northern District of West Virginia | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 67. | Ben Franklin Jacobs, Jr o/b/o Ben Franklin Jacobs | 04/25/1975 | WV | United States District Court for the Northern District of West Virginia | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 68. | Joslin, Jeffrey | 12/05/1967 | MI | United States District Court for the Western District of Michigan | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | Michele Joslin o/b/o Jeffrey Joslin | 08/29/1968 | MI | United States District Court for the Western District of Michigan | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 70. | Kerns, Matthew | 09/21/1992 | PA | United States District Court for the Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Kindell, Mike | 02/06/1957 | CO | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Kirker, David | 09/26/1942 | WA | United States District Court for the Western District of Washington | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Lorraine Kirker o/b/o David Kirker | 03/04/1944 | WA | United States District Court for the Western | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Washington | | | | | |
| 74. | Labry, William | 10/13/1962 | CA | United States District Court for the Southern District of California | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 75. | Laura Cerita Labry o/b/o William Labry | 09/30/1969 | CA | United States District Court for the Southern District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 76. | Latta, Charles | 11/18/1940 | CA | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 77. | Elizabeth Holbrook o/b/o Charles Latta | 01/09/1978 | CA | United States District Court for the Eastern District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 78. | McEntee, Don | 10/03/1957 | AZ | United States District | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Court for the District of Arizona | | | | | |
| 79. | Miller, David | 03/28/1979 | NC | United States District Court for the Middle District of North Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 80. | Christina Miller o/b/o David Miller | 09/23/1976 | NC | United States District Court for the Middle District of North Carolina | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 81. | Moon, John | 02/23/1960 | OH | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Morgan, Breton | 07/03/1960 | WV | United States District Court for the Southern District of | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | West Virginia | | | | | |
| 83. | Morris, Robert | 11/15/1949 | AZ | United States District Court for the District of Arizona | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 84. | Janet Morris o/b/o Robert Morris | 01/19/1953 | AZ | United States District Court for the District of Arizona | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 85. | Myers, Romus | 12/03/1950 | NC | United States District Court for the Western District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 86. | Angel Myers o/b/o Romus Myers | 02/1978 | NC | United States District Court for the Western District of North Carolina | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 87. | Navone, Paul | 06/24/1965 | MO | United States District | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Court for the Eastern District of Missouri | | | | | |
| 88. | Angela Navone o/b/o Paul Navone | 05/27/1966 | MO | United States District Court for the Eastern District of Missouri | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 89. | Nelson, Brennan | 08/20/1980 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 90. | Jennifer Nelson o/b/o Brennan Nelson | 05/03/1960 | CA | United States District Court for the Central District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 91. | Neumann, Kay | 07/13/1961 | WI | United States District Court for the Western District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 92. | Noel Neumann o/b/o Kay Neumann | 04/29/1959 | WI | United States District Court for the Western District of Wisconsin | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 93. | Parker, James | 06/10/1949 | FL | United States District Court for the Middle District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 94. | Christie Maggi o/b/o James Parker | 02/24/1974 | FL | United States District Court for the Middle District of Florida | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 95. | Peck, Beverly | 12/26/1963 | SC | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 96. | David Peck o/b/o Beverly Peck | 07/08/1984 | SC | United States District Court for the District of | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | South Carolina | | | | | |
| 97. | Peleg, Barbara | 08/06/1954 | CA | United States District Court for the Northern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 98. | Yoram Peleg o/b/o Barbara Peleg | 10/27/1953 | CA | United States District Court for the Northern District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 99. | Piver, Johnnie | 06/17/1952 | FL | United States District Court for the Northern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Price, Wiley | 06/16/1954 | CO | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 101. | Gloria DeAgrosa-Price o/b/o Wiley Price | 11/21/1957 | CO | United States District Court for the | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Colorado | | | | | |
| 102. | Rosamond, Terry | 11/18/1955 | SC | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 103. | Deborah Rosamond o/b/o Terry Rosamond | 04/03/1957 | SC | United States District Court for the District of South Carolina | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 104. | Rufo, Jody | 06/11/1974 | NC | United States District Court for the Western District of North Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Salaway, Karen | 06/24/1957 | MS | United States District Court for the Southern District of Mississippi | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Schleret, Tammy | 01/21/1972 | MN | United States District Court for the District of Minnesota | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Schonscheck, Kevin | 07/24/1962 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 108. | Caryn Schonscheck o/b/o Kevin Schonscheck | 05/27/1965 | FL | United States District Court for the Middle District of Florida | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 109. | Schwinn, Kailee | 12/22/1994 | MN | United States District Court for the District of Minnesota | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Seligman, Scott | 04/13/1971 | NJ | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 111. | Snow, Philip | 07/29/1980 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Steele, Donna | 03/07/1958 | AL | United States District Court for the Southern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 113. | Donald Steele o/b/o Donna Steele | 04/26/1981 | AL | United States District Court for the Southern District of Alabama | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 114. | Stein, Jr., Martin | 03/01/1956 | PA | United States District Court for the Western District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 115. | Sylvia Stein o/b/o Martin Stein, Jr. | 11/10/1958 | PA | United States District Court for the Western | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Pennsylvania | | | | | |
| 116. | Sturm, Edward | 10/27/1970 | NY | United States District Court for the Eastern District of New York | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 117. | Edward Sturm Sr. o/b/o Edward Sturm | 10/1947 | NY | United States District Court for the Eastern District of New York | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 118. | Sullivan, Paul | 06/02/1937 | NJ | United States District Court for the District of New Jersey | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 119. | Mary Sullivan o/b/o Paul Sullivan | 02/1940 | NJ | United States District Court for the District of New Jersey | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 120. | Sutton, David | 01/03/1958 | TX | United States District Court for the Northern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Texas | | | | | |
| 121. | Marla Sledge o/b/o David Sutton | 10/30/1959 | TX | United States District Court for the Northern District of Texas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 122. | Thomas, Richard | 01/09/1956 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 123. | Dawn Thomas o/b/o Richard Thomas | 04/14/1966 | FL | United States District Court for the Middle District of Florida | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 124. | Torbert, Jack | 11/07/1952 | AL | United States District Court for the Northern District of Alabama | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Dixie Torbert o/b/o Jack Torbert | 08/1955 | AL | United States District Court for the Northern District of Alabama | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 126. | Vasquez, Jr., Israel | 04/15/1983 | TX | United States District Court for the Western District of Texas | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 127. | Angelica Aguirre Vasquez o/b/o Israel Vasquez, Jr. | 11/01/1985 | TX | United States District Court for the Western District of Texas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 128. | Velez Diaz, Margarita | 04/20/1950 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 129. | Gustavo Velez Diaz o/b/o Margarita Velez Diaz | 06/17/1949 | FL | United States District Court for the Middle | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Florida | | | | | |
| 130. | Vowels, Preston | 07/16/2022 | WA | United States District Court for the Western District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 131. | Bradley Danner o/b/o Preston Vowels | 08/11/1982 | WA | United States District Court for the Western District of Washington | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 132. | Walker, Ervin | 11/26/1950 | NC | United States District Court for the Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | White, Benny | 03/20/1981 | TN | United States District Court for the Middle District of Tennessee | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 134. | Tiffany White o/b/o Benny White | 09/21/1982 | TN | United States District Court for the Middle District of Tennessee | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 135. | Williams, Carol | 10/04/1956 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 136. | Tami Williams o/b/o Carol Williams | 03/27/1983 | WV | United States District Court for the Southern District of West Virginia | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 137. | Williams, Glenn | 09/10/1950 | MA | United States District Court for the District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 138. | Janet Williams o/b/o Glenn Williams | 06/27/1952 | MA | United States District Court for the District of Massachusetts | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 139. | Winkle, Teresa | 01/10/1955 | TN | United States District Court for the Eastern District of Tennessee | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 140. | Robert Winkle o/b/o Teresa Winkle | 07/14/1952 | TN | United States District Court for the Eastern District of Tennessee | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 141. | Winscher, Michael | 02/10/1958 | WI | United States District Court for the Western District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 142. | Janet Winscher o/b/o Michael Winscher | 09/19/1961 | WI | United States District Court for the Western | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Wisconsin | | | | | |
| 143. | Yarrington, James | 03/02/1953 | IL | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 144. | Sherri Yarrington o/b/o James Yarrington | 05/11/1954 | IL | United States District Court for the Northern District of Illinois | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 145. | Young, Elizabeth | 11/07/1965 | MD | United States District Court for the District of Maryland | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 146. | Kaleena Miles o/b/o Elizabeth Young | 11/13/1982 | MD | United States District Court for the District of Maryland | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |